UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH ROBERT BROWN,<br><br>Petitioner,<br><br>v.<br><br>LINDA SANDERS, et al.,<br><br>Respondents. | No. CV 11-4761-JST (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: 1/22/12

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE